UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN LANCIANI<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND THE SUPPLEMENTAL WYETH GROUP INSURANCE PLAN TRUST,<br><br>    Defendants | CIVIL ACTION NO. 13 CIV. 4379 (RJS)<br><br>**AFFIRMATION OF SERVICE** |

I, DAVID A. STERN, declare under penalty of perjury that I served a copy of the attached:   ORDER filed on 8/16/2013 by Richard J. Sullivan, United States District Judge, upon all other parties in this case by first class mail and email to the following person:

    Metropolitan Life Insurance Company and
    Supplemental Wyeth Group Insurance Plan Trust
    c/o Matthew Mazzola
    Sedgwick LLP
    225 Liberty Street, 28th Floor
    New York, NY  10281-1008

on August 27, 2013.

Dated: August 27, 2013

    David A. Stern
    Davis & Stern, P.C.
    60 Washington Street, Suite 203
    Morristown, N.J. 07960
    T: 973-455-1812
    F: 973-455-1056
    E: davisandstern@optonline.net