AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| STEPHEN LANCIANI | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13 Civ. 4379 (RJS) |
| Metropolitan Life Insurance Company, et uno | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STEPHEN LANCIANI

Date: 8/27/13

_____
*Attorney's signature*

DAVID A. STERN
*Printed name and bar number*

422 Second Avenue
New York, NY  10010-4002
ID#296081
*Address*

dstern24@optonline.net
*E-mail address*

(973) 455-1812
*Telephone number*

(973) 455-1056
*FAX number*