# DAVIS & STERN, P.C.
## COUNSELLORS AT LAW

**MEMO ENDORSED**

NEW YORK OFFICE:
422 SECOND AVENUE
NEW YORK, N.Y. 10010

Howard M. Davis
David A. Stern*

*Admitted in New York

60 WASHINGTON STREET
COURTHOUSE PLAZA
SUITE 203
MORRISTOWN, N.J. 07960

TEL: 973-455-1812
     973-326-1111
FAX: 973-455-1056

E-MAIL:
davisandstern@optonline.net
dstern24@optonline.net,
hmdpc@optonline.net

PLEASE REPLY TO:
Morristown Office

August 29, 2013

Via Email: SullivanNJSDChambers@nysd.uscourts.gov
Hon. Richard J. Sullivan
U.S. Courthouse
40 Foley Square
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICAL[LY FILED]
DOC #: _____
DATE FILED: 8-29-13

Re: Lanciani v. Metropolitan Life Insurance Company & the
    Supplemental Wyeth Group Insurance Plan Trust
    Civil Action No. 13 Civ. 4379 (RJS)

Dear Judge Sullivan:

Please be advised that this office represents the plaintiff, Stephen Lanciani, with regard to the above captioned matter. We are in receipt of Your Honor's Order entered on August 16, 2013. This Order was received and forwarded to our adversary on August 27, 2013, immediately upon my return from vacation. I was advised that defendant's attorney is currently on vacation. In addition, an Answer has not been filed as of this date.

We, therefore, request an extension of two weeks to afford the necessary time to supply the documents requested in the Order of August 16, 2013. We further request an extension of the September 12, 2013 Conference to September 30, 2013 after the Answer has been filed. We have our adversary's consent to this request.

Thank you for your consideration in this matter.

Respectfully yours,

David A. Stern

DAS:pm
cc: Matthew Mazzola, Esq., Via Email: matthew.mazzola@sedgwicklaw.com
    Michael Bernstein, Esq., Via Email: Michael.bernstein@sedgwicklaw.com
    Client

---

Plaintiff's request is granted. The initial conference is adjourned until October 4, 2013 at 12:00 p.m. Initial submissions shall be made no later than September 20, 2013 at 4:00 p.m.

SO ORDERED
Dated: 8/29/13
RICHARD J. SULLIVAN
U.S.D.J.