# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Stephen Lanciani | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-civ-4379 (RJS) |
| MetLife Ins.Co. and the Supplemental Wyeth Group Ins. Plan Trust  *Defendant* | ) ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Metropolitan Life Insurance Company and the Supplemental Wyeth Group Ins. Group Trust  .

Date:  09/19/2013

s/Michael H. Bernstein
*Attorney's signature*

Michael H. Bernstein (MB-0579)
*Printed name and bar number*

225 Liberty Street, 28th Floor, New York, NY 10281
*Address*

michael.bernstein@sedgwicklaw.com
*E-mail address*

(212) 898-4011
*Telephone number*

(212) 422-0925
*FAX number*

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF on this 19th day of September, 2013, upon the following:

>Davis A. Stern
>DAVIS & STERN, P.C.
>60 Washington Street, Suite 203
>Morristown, NJ 07960
>T: 973-455-1812
>F: 973-455-1056
>davisandstern@optonline.net
>*Attorneys for Plaintiff*

>s/_____
>Michael H. Bernstein

Dated:   New York, New York
         September 19, 2013