AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Stephen Lanciani )<br>*Plaintiff* )<br>v. )<br>MetLife Ins.Co. and the Supplemental Wyeth )<br>Group Ins. Plan Trust  *Defendant* ) | Case No.   13-civ-4379 (RJS) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Metropolitan Life Insurance Company and the Supplemental Wyeth Group Ins. Group Trust     .

Date:   09/19/2013

s/Matthew P. Mazzola
*Attorney's signature*

Matthew P. Mazzola (MM-7427)
*Printed name and bar number*

225 Liberty Street, 28th Floor, New York, NY 10281
*Address*

matthew.mazzola@sedgwicklaw.com
*E-mail address*

(212) 898-4066
*Telephone number*

(212) 422-0925
*FAX number*

## **CERTIFICATE OF SERVICE**

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF on this 19th day of September, 2013, upon the following:

Davis A. Stern
DAVIS & STERN, P.C.
60 Washington Street, Suite 203
Morristown, NJ 07960
T: 973-455-1812
F: 973-455-1056
davisandstern@optonline.net
*Attorneys for Plaintiff*

s/ _____
Matthew P. Mazzola

Dated:   New York, New York
         September 19, 2013