UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN LANCIANI,                                                   13 CV 04379 (RJS)

                          Plaintiff,

                                                         **RULE 7.1 DISCLOSURE**
          -against-                                    **STATEMENT**

METROPOLITAN LIFE INSURANCE
COMPANY AND THE SUPPLEMENTAL                      DOCUMENT
WYETH GROUP INSURANCE PLAN                         ELECTRONICALLY FILED
TRUST,

                          Defendant.
------------------------------------------------------------X

      The undersigned, counsel of record for defendant METROPOLITAN LIFE INSURANCE COMPANY, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

      1.     Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated:     New York, New York
               September 24, 2013

                                               Respectfully submitted,

                                                 s/
                                             MICHAEL H. BERNSTEIN (MB-0579)
                                             SEDGWICK LLP
                                             225 Liberty Street, 28th Floor
                                             New York, New York 10281-1008
                                             T:  212.422.0202 **|** F:  212.422.0925
                                             *Attorneys for Defendant*
                                             *METROPOLITAN LIFE INSURANCE COMPANY*

TO:   Davis A. Stern
      DAVIS & STERN, P.C.
      60 Washington Street, Suite 203
      Morristown, NJ 07960
      T: 973-455-1812
      F: 973-455-1056
      davisandstern@optonline.net
      *Attorneys for Plaintiff*
      Garden City, New York 11530
      T:  516.222.1600
      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (on behalf of Metropolitan Life Insurance Company) was served via ECF and regular mail on September 24, 2013, upon

Davis A. Stern
DAVIS & STERN, P.C.
60 Washington Street, Suite 203
Morristown, NJ 07960
T: 973-455-1812
F: 973-455-1056
davisandstern@optonline.net
*Attorneys for Plaintiff*

Dated:  September 24, 2013

               _____s/_____
               Michael H. Bernstein (MB-0579)