UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED: 10-3-13              │
└─────────────────────────────────┘
```

STEPHEN LANCIANI,

                        Plaintiff,

        -v-                                          No. 13 Civ. 4379 (RJS)
                                                     ORDER

METROPOLITAN LIFE INSURANCE
COMPANY, *et uno.*,

                        Defendants.

RICHARD J. SULLIVAN, District Judge:

        In light of a scheduling conflict in the Court's calendar, the initial conference in this case

is adjourned to October 24, 2013, at 1:30 PM.


SO ORDERED.

Dated:        October 3, 2013
              New York, New York

                                          _____
                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE

1