ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*(212) 898-4011*
*Michael.Bernstein@sedgwicklaw.com*

October 21, 2013

Hon. Richard J. Sullivan, USDJ
United States District Court for the
Southern District of New York
40 Foley Square, New York, NY 10007

**MEMO ENDORSED**

Re: *Stephen Lanciani v. MetLife Insurance Co. and the Supplemental Wyeth Group Insurance Plan Trust*
     File No.: 00584-007734
     Index No.: 13-civ-4379 (RJS)

Dear Judge Sullivan:

    This office represents the defendants in the above-referenced matter. We write to request a brief adjournment of the initial conference currently scheduled for October 24, 2013.

    Due to an unforeseen scheduling conflict, which cannot be adjourned, I am unable to attend the conference on October 24, 2013 and, as such, request a brief adjournment of the conference to a date and time to be designated by the Court. Plaintiff's counsel consents to this request and this adjournment does not affect any previously scheduled dates set by the Court. No prior requests for an adjournment of the initial conference have been made by the defendants.

    Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

USDS
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 10-21-13

IT IS HEREBY ORDERED that the initial
conference in this case, originally scheduled
for Thursday, October 24, 2013, is adjourned to
Thursday, October 31, 2013, at 11:30 a.m.

SO ORDERED
Dated: 10/21/13
RICHARD J. SULLIVAN
U.S.D.J.

DOCS/11277815v1