UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



STEPHEN LANCIANI,

      Plaintiff,

-v-

No. 13 Civ. 4379 (RJS)
<u>ORDER</u>

METROPOLITAN LIFE INSURANCE
COMPANY, *et uno.*,

      Defendants.

<u>RICHARD J. SULLIVAN</u>, District Judge:

  As discussed at the initial conference on October 31, 2013, the parties shall submit a joint letter to the Court no later than January 31, 2014, informing the Court: (1) whether the parties seek discovery beyond the administrative record (which has already been produced) and (2) whether the parties agree to referral to a magistrate judge for settlement negotiations. If the parties seek additional discovery, the joint letter shall include, as an attachment, a revised case management plan agreed to by the parties.

SO ORDERED.

Dated:  November 1, 2013
     New York, New York

                RICHARD J. SULLIVAN
                UNITED STATES DISTRICT JUDGE