**ATTORNEYS AT LAW**
919 CONGRESS AVENUE, SUITE 1250   AUSTIN, TEXAS   78701-2114

www.sedgwicklaw.com   512.481.8400 *phone*   512.481.8444 *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

January 31, 2014

*Via ECF and Email*
Hon. Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re:   *Stephen Lanciani v. MetLife Insurance Co. and the Supplemental Wyeth Group Insurance Plan Trust*
        File No.: 00584-007734

Dear Judge Sullivan:

   This office represents the defendants Metropolitan Life Insurance Company ("MetLife") and the Supplemental Wyeth Group Insurance Plan Trust (the "Plan") in the above-referenced matter. Pursuant to Your Honor's Order dated November 1, 2013, the parties respectfully submit this joint letter to inform the Court that plaintiff will not be seeking any discovery beyond the administrative record. Furthermore, the parties are amenable to having this matter referred to a magistrate judge for a settlement conference. In the event this matter is not resolved at a settlement conference, the parties request that this Court promptly enter a briefing schedule regarding their contemplated motions for summary judgment.

   Thank you for your consideration of this matter.

Jointly submitted,

s/_____          s/_____
David A. Stern                                              Michael H. Bernstein (MB-0579)
Davis & Stern, P.C.                                       Matthew P. Mazzola (MM-7427)
60 Washington Street, Suite 203               Sedgwick LLP
Morristown, N.J . 07960                              225 Liberty Street, 28th Floor
T: 973-455-1812                                           New York, New York 10281
F: 973-455-1056                                           T: 212.422.0202
*Attorney for Plaintiff*                                  *Attorneys for Defendants*