13 civ. 4379

ATTORNEYS AT LAW

919 CONGRESS AVENUE, SUITE 1250   AUSTIN, TEXAS   78701-2114

www.sedgwicklaw.com   512.481.8400 *phone*   512.481.8444 *fax*

# Sedgwick

**MEMO ENDORSED**

*Michael H. Bernstein*
(212) 898-4011
michael.bernstein@sedgwicklaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-14
```

January 31, 2014

*Via ECF and Email*
Hon. Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re: *Stephen Lanciani v. MetLife Insurance Co. and the Supplemental Wyeth Group Insurance Plan Trust*
File No.: 00584-007734

Dear Judge Sullivan:

    This office represents the defendants Metropolitan Life Insurance Company ("MetLife") and the Supplemental Wyeth Group Insurance Plan Trust (the "Plan") in the above-referenced matter. Pursuant to Your Honor's Order dated November 1, 2013, the parties respectfully submit this joint letter to inform the Court that plaintiff will not be seeking any discovery beyond the administrative record. Furthermore, the parties are amenable to having this matter referred to a magistrate judge for a settlement conference. In the event this matter is not resolved at a settlement conference, the parties request that this Court promptly enter a briefing schedule regarding their contemplated motions for summary judgment.

    Thank you for your consideration of this matter.

Jointly submitted,

s/
David A. Stern
Davis & Stern, P.C.
60 Washington Street, Suite 203
Morristown, N.J. 07960
T: 973-455-1812
F: 973-455-1056
*Attorney for Plaintiff*

s/
Michael H. Bernstein (MB-0579)
Matthew P. Mazzola (MM-7427)
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, New York 10281
T: 212.422.0202
*Attorneys for Defendants*

IT IS HEREBY ORDERED THAT the parties shall contact Magistrate Judge Netburn no later than February 28, 2014 to schedule a settlement conference. IT IS FURTHER ORDERED THAT the parties shall submit a joint letter, no later than March 31, 2014, informing the Court whether they intend to file motions for summary judgment and, if so, proposing a briefing schedule.

SO ORDERED
Dated: 1/31/14
RICHARD J. SULLIVAN
U.S.D.J.

DOCS/11278068v1