UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-3-14
```

STEPHEN LANCIANI,

                Plaintiff,

-v-

METROPOLITAN LIFE INSURANCE COMPANY, *et uno*,

                Defendant.

No. 13 Civ. 4379 (RJS) (SN)
REFERRAL ORDER

RICHARD J. SULLIVAN, District Judge:

        The above entitled action is referred to Magistrate Judge Netburn for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Disputes:

X   Settlement: The parties shall contact Magistrate Judge Netburn to schedule a settlement conference by: February 28, 2014

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
    Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motions (*i.e.*, motion requiring Report and Recommendation)

SO ORDERED.

DATED:     January 31, 2014
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE