```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STEPHEN LANCIANI,

                      **Plaintiff,**

      -against-

METROPOLITAN LIFE INSURANCE CO. and
THE SUPPLEMENTAL WYETH GROUP
INSURANCE PLAN TRUST,

                      **Defendants.**

------------------------------------------------------------------X

13-CV-04379 (RJS)(SN)

**SETTLEMENT
CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On January 31, 2014, the Honorable Richard J. Sullivan referred this matter to my docket. Pursuant to the referral order, the parties must contact Courtroom Deputy Joseph Mendieta at (212) 805-0286 by February 28, 2014, to schedule a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               February 4, 2014