UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN LANCIANI,

                Plaintiff,

-v-

METROPOLITAN LIFE INSURANCE
COMPANY, *et uno*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2014

No. 13 Civ. 4379 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Judge Netburn has advised the Court that the parties have reached a settlement in principle and require an additional forty-five days to finalize the agreement. Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice but without costs, provided, however, that within forty-five days of the date of this Order, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:      March 18, 2014
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE